**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 16-166-DLB**

**JUANITA ELSWICK**                                                                                                   **PLAINTIFF**

**vs.**                                     **JUDGMENT**

**NANCY A. BERRYHILL, Acting**
**Commissioner of Social Security**                                                     **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

(1) Plaintiff Juanita Elswick's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(2) This action is **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 25th day of April, 2017.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\16-166 Elswick Judgment.docx